**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Steven C. Fasnacht <br> <u>Debtor(s)</u> | BKY. NO. 13-06332 RNO <br><br> CHAPTER 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of LSF8 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 9207

                                          Respectfully submitted,

                                          **/s/ Thomas Puleo**
                                          Thomas Puleo, Esquire
                                          James C. Warmbrodt, Esquire
                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 825-6306  FAX (215) 825-6406
                                          Attorney for Movant/Applicant