# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**Steven C Frasnacht**

Debtor(s).

Case Number: **13-06332**

Chapter 13

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR

**Atlas Acquisitions LLC** (hereinafter "Creditor") hereby gives notice that all presently held or future payments and correspondences to Creditor for the claims filed in this bankruptcy case should be sent to the following address :

| | |
|---|---|
| **OLD ADDRESS** | Atlas Acquisitions LLC<br>294 Union St<br>Hackensack, NJ 07601 |
| **NEW ADDRESS** | Atlas Acquisitions LLC<br>PO Box 788<br>Kirkland, WA 98083 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.

Signed by: **/s/ Kayla Klabunde**
Authorized agent for Creditor

Dated: **07/05/2017**

Print Name: Kayla Klabunde