Certificate Number: 06531-PAM-DE-032507255

Bankruptcy Case Number: 13-06332



06531-PAM-DE-032507255

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 26, 2019, at 8:10 o'clock PM CDT, Steven C Fasnacht completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 26, 2019

By: /s/Connie Krosch for Lori A Danburg

Name: Lori A Danburg

Title: Credit Counselor