In re:  
Steven C. Fasnacht  
    Debtor

Case No. 13-06332-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: MMchugh     Page 1 of 1     Date Rcvd: May 14, 2019  
                      Form ID: fnldec     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2019.  
db           +Steven C. Fasnacht,    102 N. Lincoln Street,    Palmyra, PA 17078-1707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2019 at the address(es) listed below:  
         Atlas Acquisitions LLC    bk@atlasacq.com  
         Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com  
         Jill Manuel-Coughlin    on behalf of Creditor    LSF8 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., SOLELY IN ITS CAPACITY AS SERVICER jill@pkjllc.com,  
         chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com  
         John Matthew Hyams    on behalf of Debtor 1 Steven C. Fasnacht jmh@johnhyamslaw.com, acb@johnhyamslaw.com,kef@johnhyamslaw.com  
         Joshua I Goldman    on behalf of Creditor    LSF8 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., SOLELY IN ITS CAPACITY AS SERVICER bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Thomas I Puleo    on behalf of Creditor    LSF8 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., SOLELY IN ITS CAPACITY AS SERVICER tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
                                                                                    TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Steven C. Fasnacht, | Chapter 13 |
| **Debtor 1** | Case No. 1:13–bk–06332–HWV |

Social Security No.:
xxx–xx–7482

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: May 14, 2019

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk

**fnldec** (05/18)